7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Monty Edward Tatom
*Debtor*

*Bankruptcy Case No.*
12−43402−drd7

**FIA Card Services, N.A.**
    Plaintiff(s)

*Adversary Case No.*
12−04273−drd

v.

**Monty Edward Tatom**
    Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: The sum of $1,750 owed by Defendant to Plaintiff is found to be nondischargeable and Plaintiff is granted judgment against Defendant in this amount. The non−discharged sum of $1,750 shall be paid as follows: the sum of $75 per month, each month, with the first payment due on or before March 1, 2013. The remaining payments shall be due on the same day of each month thereafter. In the event Defendant defaults in payments, Plaintiff shall be entitled to declare the sum of $1,750, immediately due and payable. Defendant acknowledges and stipulates that if Defendant fails to make any payment as agreed, the remaining balance, less any payments made, shall be immediately due and payable. Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant continues to make payment on a regular, timely basis. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy without further notice. The parties shall pay their own attorney fees and costs in this matter.

Ann Thompson
Court Executive

By: /s/ Kim Anson
    Deputy Clerk



Date of issuance: 1/29/13

Court to serve